IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH CAPPARELLA,<br><br>Defendant. | Criminal Action<br>No. 09-474 |

## ORDER

**AND NOW**, this 21st day of April 2023, upon consideration of Defendant's Motion for Compassionate Release (Doc. No. 535), the Government's Response in Opposition (Doc. No. 537), and Defendant's Motion to Consider the Attorney General's Memorandum dated December 16, 2022 (Doc. No. 546), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Consider the Attorney General's Memorandum dated December 16, 2022 (Doc. No. 546) is **GRANTED.**

2. Defendant's Motion for Compassionate Release (Doc. No. 535) is **DENIED**.

BY THE COURT:

/s/Joel H. Slomsky, J.

JOEL H. SLOMSKY, J.