IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH CAPPARELLA,<br><br>            Defendant. | Criminal Action<br>No. 09-474-4 |

## ORDER

**AND NOW**, this 19th day of May 2025, upon consideration of Defendant's Motion for Reduction in Sentence (Doc. No. 575), Defendant's Motion to Seal (Doc. No. 576), the Government's Response in Opposition (Doc. No. 578), the Government's Supplemental Response in Opposition (Doc. No. 580), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion for Reduction in Sentence (Doc. No. 575) is **DENIED**.

- Defendant's Motion to Seal (Doc. No. 576) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.